NEW YORK TITLE AND MORTGAGE COMPANY, by GEORGE
S. VAN SCHAICK, as Superintendent of Insurance,
Appellant and Respondent, *v.* IRVING TRUST COMPANY,
Respondent and Appellant.

Argued November 16, 1936; decided December 31, 1936.

*Lawrence S. Greenbaum, Theodore S. Jaffin* and *Benjamin Kaplan* for plaintiff, appellant and respondent.

*William A. Onderdonk, Henry T. Hall* and *Paul E. Mead* for defendant, respondent and appellant.

Order affirmed, without costs. On plaintiff's appeal, question certified answered in the negative. On defendant's appeal, questions certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.